# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No.: 18-1209 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's August 6, 2018 Minute Order, the Parties respectfully submit this Joint Status Report.

1. This matter relates to a Freedom of Information Act ("FOIA") request that Plaintiff submitted on March 5, 2018, requesting information related to "alternate earnings appeals." Compl. ¶ 21 (ECF No. 1). Specifically, Plaintiff's FOIA request sought three categories of information related to such appeals. *See id.*; *see also id.* Ex. 1 (ECF No. 1-1).

2. On April 13, 2018, Defendant issued a response to Plaintiff's FOIA request. *See* Compl. ¶ 25; *see also id.* Ex. 5 (ECF No. 1-5). That response was styled as an "interim response." *Id.* In its April 13 response, Defendant directed Plaintiff to a website for records that it deemed responsive to the first portion of Plaintiff's FOIA request. *See id.* For the other two portions of Plaintiff's request, the April 13 response informed Plaintiff that "the information is not available as the appeals are still being processed." *Id.*

3. Plaintiff filed its Complaint in this matter on May 23, 2018, and Defendant filed its Answer on June 28, 2018. *See* Answer (ECF No. 6).

4.     Since then, Defendant has informed Plaintiff that the April 13 response was inadvertently labeled as an "interim" response. Rather, Defendant informed Plaintiff that the response was intended to be a final response, noting that it was Defendant's position that there were no responsive, non-exempt records for items 2 or 3 of Plaintiff's FOIA request and for item 1, responsive, non-exempt records were located on the website that Defendant identified for Plaintiff.

5.     In order to avoid potentially unnecessary motions practice, Defendant proposes that the Parties confer about Defendant's response to Plaintiff's FOIA request to determine whether there are any records that can now be released.

6.     Plaintiff wishes to emphasize that, among its reasons for submitting the FOIA request, the information sought will be necessary to understand the Department's proposed changes to its gainful employment regulation. *See* Notice of Intention to Commence Negotiated Rulemaking, 82 Fed. Reg. 27,640 (June 16, 2017). In correspondence between the parties, Plaintiff has also disputed Defendant's new characterization of the April 13 "interim" response as "inadvertent."

7.     Accordingly, the Parties respectfully request that the Court enter the accompanying Proposed Order, which provides that the Parties will file another joint status report by September 7, 2018, updating the Court on the status of this matter.

August 8, 2018                                     Respectfully submitted,

                                          JESSIE K. LIU
                                          D.C. BAR #472845
                                          United States Attorney

                                          DANIEL F. VAN HORN
                                          D.C. BAR #924092
                                          Chief, Civil Division

                          By:    */s/ Brian J. Field*
                                          BRIAN J. FIELD
                                          D.C. BAR #985577
                                          Assistant United States Attorney
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          Tel: (202) 252-2551
                                          E-mail: Brian.Field@usdoj.gov

                                          *Counsel for Defendant*


                                          */s/ Martha U. Fulford*
                                          Martha U. Fulford
                                          D.C. BAR # 1011954
                                          Senior Counsel
                                          1015 15th Street, N.W.
                                          Suite 600
                                          Washington, D.C. 20005
                                          Tel: (202) 734-7495
                                          E-mail: martha@nsldn.org

                                          *Counsel for Plaintiff*