## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No.: 18-1209 (TSC) |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is hereby

**ORDERED** that the Parties shall file a joint status report by September 7, 2018, updating the Court on the status of this matter.

**SO ORDERED.**

_____                                    _____
Date                                                                                 United States District Judge