**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| |
|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, |
| |
| *Plaintiff*, |
| |
| v. |
| |
| U.S. DEPARTMENT OF EDUCATION, |
| |
| *Defendant*. |

Civil Action No.: 18-1209 (TSC)

---

**JOINT STATUS REPORT**

Pursuant to the Court's September 25, 2018 Minute Order, the Parties respectfully submit this Joint Status Report.

1.      This matter relates to a Freedom of Information Act ("FOIA") request that Plaintiff submitted on March 5, 2018, requesting information related to "alternate earnings appeals," part of the Department of Education's Gainful Employment program. Compl. ¶ 21 (ECF No. 1). Specifically, Plaintiff's FOIA request sought three categories of information related to such appeals.  *See id.*; *see also id.* Ex. 1 (ECF No. 1-1).

2.      On April 13, 2018, Defendant issued a response to Plaintiff's FOIA request.  *See* Compl. ¶ 25; *see also id.* Ex. 5 (ECF No. 1-5).  That response was styled as an "interim response."[1] *Id.*  In its April 13 response, Defendant directed Plaintiff to a website for records that it deemed responsive to the first portion of Plaintiff's FOIA request.  *See id.*  For the other two portions of

---

[1] As Defendant noted previously, it determined that the April 13 response was labeled inadvertently as an "interim" response.  Rather, it was intended to be a final response.  *See* Joint Status Report ¶ 4 (ECF No. 8).  As Plaintiff noted, it disputes this "new characterization." *Id.* ¶ 6.

Plaintiff's request, the April 13 response informed Plaintiff that "the information is not available as the appeals are still being processed." *Id.*

3.      Plaintiff filed its Complaint in this matter on May 23, 2018, and Defendant filed its Answer on June 28, 2018. *See* Answer (ECF No. 6).

4.      Since then, the Parties have been conferring about Defendant's response to Plaintiff's FOIA request to determine whether there are any records that Defendant can now release.

5.      Plaintiff notes that the Department's delays in responding to Plaintiff's FOIA request left Plaintiff and the public effectively unable to provide meaningful comments in response to a recent Notice of Proposed Rulemaking issued by the Department, 83 Fed. Reg. 40,167 (Aug. 14, 2018), with respect to which the comment period closed on September 13, 2018. *See also, e.g.*, Complaint Exh. 1 [Dkt. 1-1] at 4 (noting, in the FOIA request, the importance of the requested information in order to aid the public discourse regarding a subject under consideration for rulemaking); Dkt No. 8 ¶ 6 (noting concerns with comment period); Dkt. No. 10 at ¶ 6 (noting concerns with comment period).

6.      As a result of the Parties conferring, they have agreed that Defendant will process responsive records on a rolling basis. Specifically, Plaintiff requested that Defendant process responsive records in the following order of priority: (1) appeals Defendant denied; (2) appeals Defendant granted; (3) withdrawn appeals; and (4) pending appeals. Defendant has agreed to process responsive records in this order and the Parties have agreed that the records will be produced in accordance with the following schedule:

     a.    Appeals Defendant denied — responsive, non-exempt records to be released by September 28, 2018.

     b.    Appeals Defendant granted — responsive, non-exempt records to be released by December 14, 2018.

    c.   Withdrawn appeals — responsive, non-exempt records to be released by January 15, 2019.

    d.   Pending appeals — the agency is still considering this category of records and the Parties agree that Defendant will provide an estimated completion date to Plaintiff once it has identified a proposed completion date.

7.    Accordingly, the Parties request that the Court enter the accompanying Proposed Order, which provides that the Parties will file joint status reports with the Court every 60 days, with the first status report to be filed by October 31, 2018.  Additionally, the Proposed Order provides that the Parties will file a joint status report within thirty days of Defendant's final response, apprising the Court of what issues (if any) remain for further proceedings.

September 26, 2018                  Respectfully submitted,

                        JESSIE K. LIU
                        D.C. BAR #472845
                        United States Attorney

                        DANIEL F. VAN HORN
                        D.C. BAR #924092
                        Chief, Civil Division

By:    */s/ Brian J. Field*
                        BRIAN J. FIELD
                        D.C. BAR #985577
                        Assistant United States Attorney
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        Tel: (202) 252-2551
                        E-mail: Brian.Field@usdoj.gov

                        *Counsel for Defendant*

/s/ Martha U. Fulford
Martha U. Fulford
D.C. BAR # 1011954
Senior Counsel
1015 15th Street, N.W.
Suite 600
Washington, D.C. 20005
Tel: (202) 734-7495
E-mail: martha@nsldn.org

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, | |
| *Plaintiff*, | |
| v. | Civil Action No.: 18-1209 (TSC) |
| U.S. DEPARTMENT OF EDUCATION, | |
| *Defendant*. | |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is hereby

**ORDERED** that the Parties shall file another joint status report by October 31, 2018, and every 60 days thereafter, updating the Court on the status of Plaintiff's Freedom of Information Act request; and it is

**FURTHER ORDERED** that the Parties shall file a joint status report within thirty days of the Defendant's final response to Plaintiff's Freedom of Information Act request identifying what, if any, issues remain.

**SO ORDERED**.

_____
Date

_____
United States District Judge