**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

NATIONAL STUDENT LEGAL DEFENSE
NETWORK,

*Plaintiff*,

v.

U.S. DEPARTMENT OF EDUCATION,

*Defendant*.

Civil Action No.: 18-1209 (TSC)

---

**JOINT STATUS REPORT**

Pursuant to the Court's October 19, 2018 Minute Order, the Parties respectfully submit this Joint Status Report. *See* Min. Order (Oct. 19, 2018).

1.      This matter relates to a Freedom of Information Act ("FOIA") request that Plaintiff submitted on March 5, 2018, requesting information related to "alternate earnings appeals," part of the Department of Education's Gainful Employment program. Compl. ¶ 21 (ECF No. 1). Specifically, Plaintiff's FOIA request sought three categories of information related to such appeals. *See id.*; *see also id.* Ex. 1 (ECF No. 1-1).

2.      On April 13, 2018, Defendant issued a response to Plaintiff's FOIA request. *See* Compl. ¶ 25; *see also id.* Ex. 5 (ECF No. 1-5). That response was styled as an "interim response."[1] *Id.* In its April 13 response, Defendant directed Plaintiff to a website for records that it deemed responsive to the first portion of Plaintiff's FOIA request. *See id.* For the other two portions of

---

[1] As Defendant noted previously, it determined that the April 13 response was labeled inadvertently as an "interim" response. Rather, it was intended to be a final response. *See* Joint Status Report ¶ 4 (ECF No. 8). As Plaintiff noted, it disputes this "new characterization." *Id.* ¶ 6.

Plaintiff's request, the April 13 response informed Plaintiff that "the information is not available as the appeals are still being processed."  *Id.*

3.      Plaintiff filed its Complaint in this matter on May 23, 2018, and Defendant filed its Answer on June 28, 2018.  *See* Answer (ECF No. 6).

4.      Plaintiff notes that the Department's delays in responding to Plaintiff's FOIA request left Plaintiff and the public effectively unable to provide meaningful comments in response to a recent Notice of Proposed Rulemaking issued by the Department, 83 Fed. Reg. 40,167 (Aug. 14, 2018), with respect to which the comment period closed on September 13, 2018.  *See also, e.g.*, Complaint Exh. 1 [Dkt. 1-1] at 4 (noting, in the FOIA request, the importance of the requested information in order to aid the public discourse regarding a subject under consideration for rulemaking); Dkt No. 8 ¶ 6 (noting concerns with comment period); Dkt. No. 10 at ¶ 6 (noting concerns with comment period); Dkt. No. 12 at ¶ 5 (same); Dkt. 13 at ¶ 4 (same).

5.      As the Parties explained in their most recent Joint Status Report, the Parties agreed that Defendant will process responsive records on a rolling basis.  *See* Joint Status Report (ECF No. 13).   Specifically, Plaintiff requested that Defendant process responsive records in the following order of priority: (1) appeals Defendant denied; (2) appeals Defendant granted; (3) withdrawn appeals; and (4) pending appeals.

6.      Defendant issued its interim response for the first category—appeals Defendant denied—on October 1, 2018.  Additionally, Defendant issued its interim response for the second category—appeals Defendant granted—on December 14, 2018.

7.      Defendant has further informed Plaintiff that it is continuing to process responsive records according to the schedule previously agreed upon:

a.  Withdrawn appeals — responsive, non-exempt records to be released by January 15, 2019.

2

   b. Pending appeals — responsive, non-exempt records to be released by February 15, 2019.

  8. Accordingly, the Parties agree that the current schedule remains appropriate in light of the circumstances, whereby the Parties will submit status reports with the Court every 60 days until Defendant issues its final response.[2]

December 21, 2018     Respectfully submitted,

          JESSIE K. LIU
          D.C. BAR #472845
          United States Attorney

          DANIEL F. VAN HORN
          D.C. BAR #924092
          Chief, Civil Division

By:  */s/ Brian J. Field*
          BRIAN J. FIELD
          D.C. BAR #985577
          Assistant United States Attorney
          555 4th Street, N.W.
          Washington, D.C. 20530
          Tel: (202) 252-2551
          E-mail: Brian.Field@usdoj.gov

          *Counsel for Defendant*


          */s/ Martha U. Fulford*
          Martha U. Fulford
          D.C. BAR # 1011954
          Senior Counsel
          1015 15th Street, N.W.
          Suite 600
          Washington, D.C. 20005
          Tel: (202) 734-7495
          E-mail: martha@nsldn.org

          *Counsel for Plaintiff*

---

[2] The Parties file this status report in advance of the current December 31, 2018 status report deadline due to travel schedules.  Accordingly, the Parties agree that they will file their next status report on March 1, 2019.