UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No.: 18-1209 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's October 19, 2018 Minute Order, the Parties respectfully submit this Joint Status Report. *See* Min. Order (Oct. 19, 2018).

1. This matter relates to a Freedom of Information Act ("FOIA") request that Plaintiff submitted on March 5, 2018, requesting information related to "alternate earnings appeals," part of the Department of Education's Gainful Employment program. Compl. ¶ 21 (ECF No. 1). Specifically, Plaintiff's FOIA request sought three categories of information related to such appeals. *See id.*; *see also id.* Ex. 1 (ECF No. 1-1).

2. On April 13, 2018, Defendant issued a response to Plaintiff's FOIA request. *See* Compl. ¶ 25; *see also id.* Ex. 5 (ECF No. 1-5). That response was styled as an "interim response."[1] *Id.* In its April 13 response, Defendant directed Plaintiff to a website for records that it deemed responsive to the first portion of Plaintiff's FOIA request. *See id.* For the other two portions of Plaintiff's request, the April 13 response informed Plaintiff that "the information is not available as the appeals are still being processed." *Id.*

---

[1] As Defendant noted previously, it determined that the April 13 response was labeled inadvertently as an "interim" response. Rather, it was intended to be a final response. *See* Joint Status Report ¶ 4 (ECF No. 8). As Plaintiff noted, it disputes this "new characterization." *Id.* ¶ 6.

3.      Plaintiff filed its Complaint in this matter on May 23, 2018, and Defendant filed its Answer on June 28, 2018. *See* Answer (ECF No. 6).

4.      Plaintiff notes that the Department's delays in responding to Plaintiff's FOIA request left Plaintiff and the public effectively unable to provide meaningful comments in response to a recent Notice of Proposed Rulemaking issued by the Department, 83 Fed. Reg. 40,167 (Aug. 14, 2018), with respect to which the comment period closed on September 13, 2018. *See also, e.g.*, Complaint Exh. 1 [Dkt. 1-1] at 4 (noting, in the FOIA request, the importance of the requested information in order to aid the public discourse regarding a subject under consideration for rulemaking); Dkt No. 8 ¶ 6 (noting concerns with comment period); Dkt. No. 10 at ¶ 6 (noting concerns with comment period); Dkt. No. 12 at ¶ 5 (same).

5.      Defendant processed responsive records on a rolling basis. *See* Joint Status Report (ECF No. 13). Specifically, Plaintiff requested that Defendant process responsive records in the following order of priority: (1) appeals Defendant denied; (2) appeals Defendant granted; (3) withdrawn appeals; and (4) pending appeals.

6.      Defendant issued its response for the first category—appeals Defendant denied— on October 1, 2018. Additionally, Defendant issued its response for second category—appeals Defendant granted—on December 14, 2018. In January, Defendant informed Plaintiff that the remaining categories, withdrawn appeals and pending appeals, had actually already been produced to Plaintiff within the prior productions. Plaintiff is reviewing the productions.

7.      Accordingly, the Parties agree that the current schedule remains appropriate in light of the circumstances, whereby the Parties will submit status reports with the Court every 60 days until Defendant issues its final response.

March 1, 2018                                      Respectfully submitted,

                                              JESSIE K. LIU  
                                              D.C. BAR #472845  
                                              United States Attorney

                                              DANIEL F. VAN HORN  
                                              D.C. BAR #924092  
                                              Chief, Civil Division

                      By:     */s/ Brian J. Field*  
                                              BRIAN J. FIELD  
                                              D.C. BAR #985577  
                                              Assistant United States Attorney  
                                              555 4th Street, N.W.  
                                              Washington, D.C. 20530  
                                              Tel: (202) 252-2551  
                                              E-mail: Brian.Field@usdoj.gov

                                              *Counsel for Defendant*


                                              */s/ Martha U. Fulford*  
                                              Martha U. Fulford  
                                              D.C. BAR # 1011954  
                                              Senior Counsel  
                                              1015 15th Street, N.W.  
                                              Suite 600  
                                              Washington, D.C. 20005  
                                              Tel: (202) 734-7495  
                                              E-mail: martha@nsldn.org

                                              *Counsel for Plaintiff*